# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Neal Preston

                Plaintiff,

v.                                        Case No.: 1:17–cv–07868

                                                        Honorable Gary Feinerman

MRS BPO, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2017:

        MINUTE entry before the Honorable Gary Feinerman:Because Defendant has until 11/28/2017 to respond to the complaint [10], and given the holidays, the parties shall serve their MIDP disclosures by 1/8/2018. Status hearing set for 12/21/2017 [9] is stricken. Initial status hearing set for 1/31/2018 at 9:00 a.m. Initial status report shall be filed by 1/24/2018. In the Initial Status Report, the parties shall indicate whether there are any unresolved disputes regarding the MIDP disclosures. If any party would like an earlier status hearing, that party should contact the Courtroom Deputy.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.